# **EXHIBIT A**

Briggs "Quintus" Cunningham
(202) 355-4348
10/5/2022

To whom it may concern,

I am writing on behalf of Logan Carr in the hope of explaining who I knew him to be. I have known Logan since the spring of 2019 when he applied to the Field School, and I began to get to know him well when he started at the Field School in the fall of 2019. At Field, I was Logan's basketball and baseball coach, and 11th-grade grade head. The role of the 11th-grade head is to pay attention to all facets of junior year students– figuring out what may be causing problems socially or academically, and addressing those issues before they become significant enough to derail students' progress.

Before starting at Field, Logan had an unusual high school experience. I knew that he had attended several schools - including a boarding school in Utah.  In addition, when he started his Junior year, he was a year behind his middle school classmates who were then Seniors. I think this made his transition to Field particularly difficult, but in November, he started playing basketball, and as a result started making more connections at Field.

By February/March of 2020, he had fully integrated into the Field community, a process I followed closely because of my multiple roles. He had carved out a group of friends from the members of the varsity basketball and baseball teams and he was starting to make strong connections with a few of his teachers, particularly his history teacher and internship advisor. At the end of February, Logan interned with a small private law-firm in Washington DC. I was assigned to visit with him at his internship, check-in with his host, and observe his daily routines in the office. He was doing just fine, and there was one case - involving ownership of art created by a detainee in Guantanamo Bay - that he was working on that really piqued his interest.

Then, in mid-March, we were forced home due to the COVID-19 related precautionary measures. Logan lost that connection to school, its routines, and the day to day interactions in the classroom and in his athletic activities. Distance (at first) and subsequently, hybrid learning were difficult for him.  He drifted away from school work.  The lack of team sports practices and games meant he didn't have those interactions either, further eroding the new connections he had made. At the time I was very concerned about the potential for Logan to lose the new skills he had acquired in the first five months of his time at Field.

Sincerely,

*[signature]*   10-5-2022
Briggs "Quintus" Cunningham