# **EXHIBIT B**



**Jenny Howe, MS**
Therapist

☎ 385.888.0030
✉ jenny@jennyhoweconsulting.com
🌐 jennyhoweconsutling.com

October 4, 2022
Re: Logan Carr

To Whom it May Concern:

I am writing this on behalf of Logan Carr and his family, as a professionally licensed mental health counselor having had the opportunity to treat Logan in both a therapeutic residential program for approximately a year in 2018, and most recently by way of an interview and assessment during the weekend of October 1 -3, 2022. Due to the intensive nature of our work together in 2018, I was able to quickly gain rapport and interview Logan. This allowed me to truly assess Logan's current emotional state and level of sincerity in hopeful follow thru for rehabilitative focused care.

  I met with Logan both with and without his attorney present. During both interviews (approximately 5 hours total), I was able to assess and ask questions with the appropriate amount of time to assess validity and reliability. Logan arrived to the meeting oriented x4, despite having observable and severe recent wounds, including blood still splatting on one shoe.  He had wounds to his face and body and a swollen and bruised left eye. Logan described being attacked and was observably concerned, afraid and seeking consultation for this appeal. Logan's report in both interviews matched the jail incident report I was able to read and confirm after my visits. Despite his physical condition and recent trauma, Logan was able to articulately express genuine interest in making actionable changes in his life.

  My history with Logan has noted a very clear diagnosis of both anxiety and depression with a nearly delusional and grandiose sense of self. This level of grandiosity is paired with an extreme fragility, leaving Logan incredibly vulnerable to others whom he is envious of and admires. Logan desperately fears rejection, to a pathological degree. This has created obvious and difficult challenges for Logan as he describes never feeling enough, nor accepted. From an outside perspective, one may assume he is making choices due to a natural opposition or level of callousness.

In our individual interview on October 2, 2022, I was very encouraged by Logan's level of insight and commitment to re-define his life. During our interview he presented with a level of humility I had not seen to date. Logan is willing and desiring of outside care for his mental health. He has admittedly been struggling with suicidal ideation and recognizes that he is "not built of the stuff" to handle incarceration (not that many are). He recognizes he has support structured into his life and he is open to accepting it. Logan values his family and wants to work on creating a real identity for himself that is not based in what others value, rather what he values.
He is still, like all twenty year old, attempting to figure it out.

I don't presently, nor have I ever in my history of treating Logan, observed him to be callous and/or violent. I do not believe Logan desires to hurt anyone. I do believe he has often felt unsafe, especially within himself. It is my whole hearted opinion that Logan would not be served, nor would our criminal system be served by continuing to incarcerate Logan. Logan needs intensive mental health support, separation from an environment he has struggled inside of and structured supports to help him find stability and rehabilitation. Logan's parents are incredibly supportive and will support any plan outside of incarceration that leads to Logan making changes in his life. It is also my whole hearted opinion that if Logan continues to be incarcerated for a length of time, he will succumb to the pathological fragility that he battles and face institutionalization and continue to engage in the life he so deeply wants to remove himself from.

It is my clinical recommendation that Logan be released to his parents, under a house arrest that would allow Logan to obtain the mental health supports that are crucial to obtaining a level of functioning that would best allow Logan to evolve and contribute to this world positively. Logan's house arrest would best be served in a community or at a residential mental health program, separate from his connections in the DC area. I will be continuing observation, clinical support and mentorship for Logan and his family upon release.

I am happy to continue to respond to questions and concerns, if there are any.

Sincerely,

*Jenny Howe*

Jenny Howe MS, CMHC and Mental Health Consultant