# **EXHIBIT C**



Date: September 9, 2022

To Whom It May Concern:

I am writing this letter on the behalf of Logan Carr, DOB: ▮▮▮▮▮▮▮▮. We have completed the initial screening and assessment on Logan, and he meets all criteria to attend Turnbridge Long Term Program.

Turnbridge is a "three phase" residential program designed to gradually reintegrate our clients back into the real world over time while providing treatment for mental health and substance abuse disorders. Our phase model (Phases I, II, and II) is a recovery "building block" approach, where each phase is designed to build upon the previous one. Turnbridge combines a supportive residential community with professional counselors, clinicians, psychiatric professionals, health instructors, recovery staff, and educational/vocational support staff. All three phases are monitored 24 hours per day, 7 days per week. Drug testing is performed a minimum of three days per week. Our length of stay varies based on the progress of each individual and could potentially place Logan at a 10 month + commitment.

We are licensed program with the Connecticut Department of Public Health; all our counselors are licensed clinicians, and we have a psychiatrist on staff that specializes in treating addictions and mental health disorders. Our team recognizes that untreated psychiatric disorders are a contributing factor to a relapse. We therefore take an integrated treatment approach to dual diagnosis, rather than sequential treatment of chemical dependency and/or mental disorders. All our staff are trained and experienced in recognizing how addiction may interplay with other disorders.

We are committed to communicating Logan's progress, or lack thereof to any agency the District of Columbia sees fit. If mandated to attend, then we would request that Logan be required to *successfully complete* treatment. This way he would know that he is not just "doing time", but rather Logan must follow directions and do the work required to maintain strong mental health and sobriety

Please contact me if you require additional information in order to make a determination regarding this matter.

Sincerely,

*Beth Legacki*

Beth Legacki
Director of Admissions
Turnbridge
O: 203.937.2309 x222
C: 512.921.3533
F: 203.604.0542
blegacki@turnbridge.com