UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Crim. No. 22-cr-289 |
| | : | |
| LOGAN CARR, | : | |
| | : | |
| Defendant. | : | |

**DEFENDANT'S EMERGENCY MOTION FOR EXPEDITED HEARING**

Defendant Logan Carr, through undersigned counsel, respectfully submits this request that the Court expediate a hearing in connection with Defendant's Motion for Revocation of Detention Order (Dkt. No. 17). The Court ordered the government to respond on or before October 14, 2022. As noted in the pending motion, Mr. Carr was attacked and stabbed at the D.C. Jail on September 30, 2022. Undersigned counsel saw Mr. Carr today and learned he was attacked again on October 7, 2022. In both attacks, Mr. Carr suffered serious injuries, including stab wounds, that required treatment at Howard University Hospital. Undersigned counsel is very concerned about Mr. Carr's safety and his treatment at the D.C. Jail. Attached hereto is a picture of the facemask he was wearing this morning that was stained with blood. He also had blood stains on his shoes.

Based on the foregoing, we respectfully request the Court order the government to respond by October 10, 2022 at 5:00 pm to the pending motion and hold a hearing as soon as the Court is available.

1

<u>/s/ Marc Eisenstein</u>
Marc Eisenstein (DC Bar No. 1007208)
Coburn & Greenbaum, PLLC
1710 Rhode Island Avenue, N.W.
Second Floor
Washington, DC 20036
Phone: (202) 643-9472
Fax: (866) 561-9712

marc@coburngreenbaum.com
*Counsel to Defendant Logan Carr*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 9, 2022 a copy of the foregoing was filed with the Clerk of the Court and served on all counsel of record via e-mail.

/s/
Marc Eisenstein