# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION
## PRETRIAL RELEASE CONDITIONS AND ORDER

| UNITED STATES OF AMERICA/DISTRICT OF COLUMBIA<br>V.<br>**LOGAN CARTER** | CALENDAR No.: ____________<br>PDID No.: 751548 | LOCKUP No.: 10<br>CASE No.: 2021 CF2 003768 |
|---|---|---|
| | ADDRESS: 1718 15TH STREET NW WASHINGTON, DC 20009 | PHONE No.: ()-<br>EMAIL: |

*You are being released on your promise to appear. You must follow all of the conditions of release listed below. These conditions are in effect until the case ends or the conditions are changed by a Judge. You must not commit any criminal offenses while this case is pending. Failure to comply with this order may result in your arrest and additional charges including, but not limited to, Contempt of Court.*

☐ Report immediately to Pretrial Services Agency (PSA), Room C-301, to review the Conditions of Release. Failure to report is a violation of your Conditions of Release.

**SUBSTANCE USE TESTING:**
☐ Report to PSA, Room C-220 for Weekly Testing
☐ Evaluation, if positive, weekly testing
☐ Diversion Consideration
☐ Include Alcohol
☐ Full screen

**FUGITIVE:**
REPORT TO DEMANDING JURISDICTION TO RESOLVE OUTSTANDING WARRANT.
STATE: ____________
COUNTY: ____________

**STAY AWAY/NO CONTACT ORDER:**
☒ SEE ADDENDUM

**FIREARMS:**
☐ WARNING GIVEN
☒ DO NOT POSSESS FIREARMS

**INITIAL REPORTING REQUIREMENTS:** *PRETRIAL SERVICES AGENCY*
☐ ___ TIMES
☐ WEEKLY
☐ MONTHLY
☐ IN PERSON
☐ BY PHONE
☐ AS DIRECTED BY PSA

**REPORTING REQUIREMENTS:** *PROBATION/PAROLE/ SUPERVISED RELEASE*
☐ IN PERSON
☐ BY PHONE
☐ BY DATE:

**REPORT TO PRETRIAL SERVICES OFFICER;**
☐ WITHIN 1 BUSINESS DAY
☐ WITHIN 2 BUSINESS DAYS
☐ BY:

**PSA MENTAL HEALTH:**
☐ ASSESSMENT/POSSBLE PLACEMENT
☐ MAINTAIN SERVICES
☐ SSU PLACEMENT
☐ AS DIRECTED BY PSA

**SUBSTANCE USE ASSESSMENT / PLACEMENT**
☐ ALCOHOL ☐ SUBSTANCE USE

**URGENT CARE CLINIC: ROOM 1230** *FOR ASSESSMENT AND PLACEMENT*:
☐ ALCOHOL / SUBSTANCE USE DISORDER
☐ MENTAL HEALTH

**ADDRESS VERIFICATION:**
VERIFY YOUR ADDRESS
☐ IMMEDIATELY
☐ NEXT BUSINESS DAY

**LIVE AT:**
____________
____________

**CURFEW:**
☐ FROM: pm to am
☐ DAILY
☐ OTHER:

**ELECTRONIC MONITORING:**
☐ Orientation 633 Indiana Ave.10TH Floor Suite 1020 at ____ on ____
☐ Home Confinement
☐ Location Monitoring

☐ CONTACT PSA WITHIN 1 BUSINESS DAY IF YOUR CONTACT INFORMATION CHANGES.

**DC/TRAFFIC OFFENSES:**
☐ DO NOT DRIVE WITHOUT A VALID PERMIT
☐ DO NOT DRIVE AFTER CONSUMING ALCOHOL OR ANY ILLEGAL OR CONTROLLED SUBSTANCE, OR ANY MEDICATION THAT CAUSES IMPAIRMENT

**SANCTION-BASED TREATMENT PROGRAM:**
Orientation 633 Indiana Ave. 10th floor Suite 1080 at
on

**DIVERSION/COMMUNITY SERVICE:**
☐ *REPORT TO ROOM 4203 FOR ASSESSMENT AND CONSIDERATION:*
☐ IMMEDIATELY
☐ ON:

**OTHER REQUIREMENTS:**
____________
____________
____________
____________
____________

**PENALTIES FOR: VIOLATION OF RELEASE CONDITIONS:**
I agree to comply with the conditions of release and I understand the penalties that I may face for violation of any conditions of release. I understand that if I violate any condition of release I may be subject to revocation of release, detention, prosecution for contempt, and, if I am convicted, a fine of up to $1000 or up to six (6) months in jail or both.

**PENALTIES FOR: FAILURE TO APPEAR:**
I understand that if I Fail to Appear in this case, a warrant may be issued for my arrest. If convicted of Failure to Appear, I understand that I may be subjected to:
- Up to a $12,500 fine and/or one (1) to five (5) years incarceration if today's charge is a felony charge.
- Up to a $1,000 and/or 90 to 180 days incarceration if today's charge is a misdemeanor.

**PENALTIES FOR: CONVICTION WHILE ON RELEASE:**
I understand that if I am convicted of a felony while on release in this case, I may face up to a $12,500 fine, one (1) to five (5) years in jail or both. I also understand that if I am convicted of a misdemeanor while on release, I may face up to a $1,000 fine, 90 to 180 days in jail or both.

**AFFIX LABEL HERE**

**NEXT COURT DATE:**
October 27, 2021 at 9:30 am in Courtroom 319

*NOTICE: If the Superior Court is closed due to an emergency, you must return to Court on the next business day at 9 a.m. (If you have any questions about the date, time or location of the hearing, call PRETRIAL SERVICES Agency at 202-585-7077.*

Your Attorney: ____________
Phone: ____________ Email: ____________

**THIRD PARTY CUSTODY**
The defendant is placed in the custody of
____________ Phone: ____________
Print Name of Custodian)
Custodian: I agree to assume custody of the defendant. I agree (a) to supervise the defendant in accordance with the release conditions above, (b) to use every effort to assure the defendant's appearance at all scheduled hearings or trials, and (c) to notify Pretrial Services Agency at (202) 585-7955 immediately if I learn that the defendant has violated any condition of release or if the defendant is no longer in contact with me.

**DEFENDANT'S SIGNATURE:**
ADVISED VIA WEBEX
____________

WITNESSED BY: ____________
AGENCY: ____________

So ORDERED.
[signature]
JUDGE
DATE: 7/7/2021